MUTUAL GROCERY COMPANY, PLAINTIFF-RESPONDENT,
v. MATTHEW WEILER AND WILLIAM WEILER, INDI-
VIDUALLY AND PARTNERS TRADING AS WEILER &
COMPANY, DEFENDANTS-APPELLANTS.

Submitted October 16, 1936—Decided December 14, 1936.

Before Justices TRENCHARD, BODINE and HEHER.

For the defendants-appellants, *Harry R. Rinsky* and *Bernard Freedman*.

For the plaintiff-respondent, *Jerome Alper* and *Samuel B. Friedman*.

BODINE, J. The plaintiff leased a store in Newark to one Donatiello, who became indebted to the defendants for meat. The store fixtures were covered by a chattel mortgage. On April 23d, 1935, subject to the encumbrance, the fixtures and all the stock were transferred to the defendants. The plaintiff had no notice of this sale in bulk, but upon learning of the transfer took judgment for part of the rent reserved and distrained for the balance. The goods were sold to the plaintiff under the distraint and also under the judgment levy. The defendants refused to deliver up the goods so sold on demand. The plaintiff's action was brought within time. The plaintiff was not only a landlord but was also a judgment creditor, if there be any distinction, and thus had the protection afforded by the Bulk Sales act. *Pamph. L.* 1915, *ch.* 208, *p.* 377; *Cum. Supp. Comp. Stat.* 1911-1924, *p.* 3127, §

182-80; *N. J. Stat. Annual* 1932, § 182-80; *Pamph. L.* 1932, *ch.* 225, *p.* 501.

The proofs indicate that the damages awarded were well founded.

The judgment is affirmed, with costs.